# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 6, 2020

## NO. 03-19-00881-CV

**J. B., Jr. and Y. R., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order of termination signed by the trial court on November 25, 2019.

Having reviewed the record and the parties' arguments, the Court holds that there was no

reversible error in the order. Therefore, the Court affirms the trial court's order of termination.

Because appellant is indigent and unable to pay costs, no adjudication of costs is made.